# Exhibit "A"



# Exhibit "B"









**moon__aes**



**moon__aes**
T of BROW

_____

_____
We are wor
together ar
video on ev
need to kno
unparallele
brow lift // 
ponytail bro
want to kno